**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 2, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00417-CV

## IN RE AUTRY LEE JONES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-03963**

---

## MEMORANDUM OPINION

On May 19, 2016, relator Autry Lee Jones filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable

Chris Daniel, Harris County District Clerk, to docket relator's writ of injunction and/or application for lien "and allow some judge to rule on same."

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The district clerk is not a district court or county court judge in this court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the district clerk.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.